FILED
JUN 17 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. '08CR 1980    BEN |
|---|---|---|
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); |
| GUSTAVO SANCHEZ APARISIO, | ) | Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony) |
| Defendant. | ) | |

The United States Attorney charges:

Count 1

On or about 1/9/2008, within the Southern District of California, defendant GUSTAVO SANCHEZ APARISIO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CEM:lg:San Diego
6/6/08

<u>Count 2</u>

On or about May 20, 2008, within the Southern District of California, defendant GUSTAVO SANCHEZ APARISIO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: June 17, 2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney