AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| GUSTAVO SANCHEZ APARISIO | CASE NUMBER: 08CR1980-BEN |

I, GUSTAVO SANCHEZ APARISIO, the above named defendant, who is accused of committing the following offense:

> Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 6/17/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Gustavo Aparicio
Defendant

Counsel for Defendant

Before
Judicial Officer

JUN 1 7 2008